IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHENIE J. WHITE,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br><br>    Defendant.<br>_____/ | CIV. NO. S-03-0669 GGH |
| STEPHENIE J. WHITE,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br><br>    Defendant.<br>_____/ | CIV. NO. S-05-2407 DAD<br><br><br><br>NON-RELATED CASE ORDER |

       The court has received the Notice of Related Cases concerning the above-captioned cases, filed March 28, 2006.  See Local Rule 83-123, E.D. Cal.  The court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.  The first filed case, numbered Civ.S. 03-0669 GGH, was voluntarily remanded by stipulated order, requiring no judicial effort.  Therefore, the assignment of the matters to the

1  same magistrate judge is not likely to effect a substantial savings of judicial effort.

2            This order is issued for informational purposes only, and shall have no effect on

3  the status of the cases, including any previous Related (or Non-Related) Case Order of this court.

4            IT IS SO ORDERED.

5  DATED: 4/11/06

                                             /s/ Gregory G. Hollows
6                                            _____
                                             UNITED STATES MAGISTRATE JUDGE
7  GGH:076
   White0669.rel.frm