| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX |
| 3 | Social Security Administration<br>KATHERINE R. LOO |
| 4 | Special Assistant United States Attorney |
| 5 | 333 Market Street, Suite 1500 |
| 6 | San Francisco, California 94105<br>Telephone: (415) 977-8943 |
| 7 | Facsimile: (415) 744-0134<br>E-Mail: katherine.loo@ssa.gov |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| STEPHENIE WHITE,<br><br>           Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>           Defendant. | CIVIL NO. 2:05-CV-02407 DAD<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

It is stipulated by the parties through their undersigned counsel, with the Court's approval, that Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of SIX THOUSAND THREE HUNDRED DOLLARS AND NO CENTS ($6,300.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

Payment of fees in the amount of SIX THOUSAND THREE HUNDRED DOLLARS AND NO CENTS ($6,300.00) shall constitute a complete release from and bar to any and all claims of Plaintiff's

/////

counsel relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

Respectfully submitted,

Dated: May 14, 2007        /s/ Bess M. Brewer
                           (As authorized via *facsimile)
                           BESS M. BREWER
                           Attorney for Plaintiff

Dated: May 14, 2007        McGREGOR W. SCOTT
                           United States Attorney
                           LUCILLE GONZALES MEIS
                           Regional Chief Counsel, Region IX
                           Social Security Administration

                           /s/ Katherine R. Loo
                           KATHERINE R. LOO
                           Special Assistant U.S. Attorney

                           Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: May 22, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/white2407.stipord.attyfeesEAJA